```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 26 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jose Luis Rivera.,

           Plaintiff,

-v-

P.O. Eric Federlin., 46th PCT.,

           Defendant.
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**
08 Civ. 7293 (PAC) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | ____ | Habeas Corpus |
| | If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____ | ____ | Social Security |
| ____ | Settlement: | __X__ | Dispositive Motion (i.e. motion requiring a Report and Recommendation) Particular Motion:_____ |
| ____ | Inquest After Default/damages Hearing | | |

\* Do not check if already referred for general pretrial

Dated: New York, New York
       August 25, 2008

                                                  SO ORDERED

                                                  _/s/ Paul A. Crotty_
                                                  PAUL A. CROTTY
                                                  United States District Judge

Copy Mailed To:

Jose Luis Rivera
2024 Creston Avenue
Bronx, NY 10453